SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
CY IRVING BROWN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0212 WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO VACATE EVIDENTIARY HEARING ON MOTION TO SUPPRESS EVIDENCE AND SET STATUS CONFERENCE** |
| v. | |
| CY IRVING BROWN, | |
| Defendant. | |

**Stipulation**

Consistent with this Court's minute order dated May 31, 2012 (ECF Docket No. 35), the parties, through undersigned counsel, stipulate that the evidentiary hearing on the pending motion to suppress evidence, now scheduled for June 8, 2012, and may vacated and that a status conference may be held on that same date, June 8, 2012, at 9:00 a.m., so that this Court may reschedule the evidentiary hearing when a date becomes available.  The parties desire to vacate the currently set evidentiary hearing due to witness availability and because the parties are waiting for a pre-plea criminal history report from the Probation Department.

The parties are attempting to settle this matter prior to the evidentiary hearing on the motion to suppress evidence.  The parties have had productive settlement negotiations; however, the additional

1

1 time requested by this stipulation will allow for the pre-plea
2 criminal history report to be completed and allow for the settlement
3 negotiations to be finalized.

4     IT IS FURTHER STIPULATED THAT time for trial under the Speedy
5 Trial Act may be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) &
6 (h)(7)(A) & (B)(iv), Local Codes E and T-4.  The parties agree that
7 the interests of justice served by granting this continuance outweigh
8 the best interests of the public and defendant in a speedy trial.  18
9 U.S.C. § 3161(h)(7)(A).

10     The prosecutor has authorized the defense counsel for Cy Brown to
11 sign this stipulation on his behalf.

13 DATED: June 1, 2012              BENJAMIN WAGNER
                                United States Attorney

                              by   /s/ Scott N. Cameron, for
15                                   Jason Hitt
                                Assistant U.S. Attorney

DATED: June 1, 2012         by   /s/ Scott N. Cameron
17                                 Scott N. Cameron
                                Counsel for Cy Brown

20                     **([Proposed] Order on Next Page)**

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

**Order**

For the reasons stated in the above stipulation of counsel, the evidentiary hearing on the motion to suppress evidence is hereby vacated and a status conference is set for June 8, 2012, at 9:00 a.m., so that the evidentiary hearing can be rescheduled when a date becomes available for the Court. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through June 8, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED: June 4, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE