SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
CY IRVING BROWN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  2:11-CR-0212 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |
| v. | ) | |
| | ) | |
| CY IRVING BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference, now scheduled for September 4, 2012, may be continued to September 17, 2012, at 9:30 a.m.  The purpose of the proposed status conference was to set an evidentiary hearing on defendant's motion to suppress evidence as this Court had previously ruled that such a hearing was warranted after reviewing the briefs. However, the parties appear to have reached an agreement for resolution of this case by way of a plea agreement.  The additional time requested is to allow the parties to resolve a remaining forfeiture issue prior to defendant entering a change of plea. Because the proposed plea agreement specifically addresses certain forfeiture claims, this final issue must be resolved before defendant changes his plea.

1

IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial Act may be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

The prosecutor has authorized the defense counsel for Cy Brown to sign this stipulation on his behalf.

DATED: August 30, 2012				BENJAMIN WAGNER
							United States Attorney

						by	/s/ Scott N. Cameron, for
							Jason Hitt
							Assistant U.S. Attorney

DATED: August 30, 2012			by	/s/ Scott N. Cameron
							Scott N. Cameron
							Counsel for Cy Brown

### Order

For the reasons stated in the above stipulation of counsel, the status conference now scheduled for September 4, 2012, is continued to September 17, 2012, at 9:30 a.m.  The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through September 17, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED:  August 31, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2