SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
CY IRVING BROWN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11-CR-0212 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND [<s>PROPOSED</s>] ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |
| ) | |
| v. ) | |
| ) | |
| CY IRVING BROWN, ) | |
| ) | |
| Defendant. ) | |

### Stipulation

The parties, through undersigned counsel, stipulate that the status conference, now scheduled for September 17, 2012, may be continued to October 1, 2012, at 9:30 a.m. The purpose of the proposed status conference was to set an evidentiary hearing on defendant's motion to suppress evidence as this Court had previously ruled that such a hearing was warranted after reviewing the briefs. However, the parties appear to have reached an agreement for resolution of this case by way of a plea agreement. The additional time requested is to allow the parties to resolve a remaining forfeiture issue prior to defendant entering a change of plea. Because the proposed plea agreement specifically addresses certain forfeiture claims, this final issue must be resolved before defendant changes his plea.

1

1  IT IS FURTHER STIPULATED THAT time for trial under the Speedy
2 Trial Act may be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) &
3 (h)(7)(A) & (B)(iv), Local Codes E and T-4.  The parties agree that
4 the interests of justice served by granting this continuance outweigh
5 the best interests of the public and defendant in a speedy trial.  18
6 U.S.C. § 3161(h)(7)(A).

7  The prosecutor has authorized the defense counsel for Cy Brown to
8 sign this stipulation on his behalf.

DATED: September 12, 2012              BENJAMIN WAGNER
                                       United States Attorney

                                by  /s/ Scott N. Cameron, for
                                    Jason Hitt
                                    Assistant U.S. Attorney

DATED: September 12, 2012       by  /s/ Scott N. Cameron
                                    Scott N. Cameron
                                    Counsel for Cy Brown

### Order

For the reasons stated in the above stipulation of counsel, the status conference now scheduled for September 17, 2012, is continued to October 1, 2012, at 9:30 a.m.  The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through October 1, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED:  September 13, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE