```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
CY IRVING BROWN
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>CY IRVING BROWN,<br><br>           Defendant. | CASE NO.  2:11-CR-0212 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference, now scheduled for November 13, 2012, may be continued to November 26, 2012, at 9:30 a.m.  The purpose of the proposed status conference was to set an evidentiary hearing on defendant's motion to suppress evidence as this Court had previously ruled that such a hearing was warranted after reviewing the briefs. However, the parties appear to have reached an agreement for resolution of this case by way of a plea agreement.  However, the execution of the plea agreement has not yet occurred because the parties were awaiting the returned of seized money to defendant from local law enforcement.  This process has taken longer than expected due to local law enforcement protocols. The parties have now agreed to modify the proposed plea agreement to account for the return of the

1

1 seized money in order to expedite the resolution of this case.
2     IT IS FURTHER STIPULATED THAT time for trial under the Speedy
3 Trial Act may be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) &
4 (h)(7)(A) & (B)(iv), Local Codes E and T-4.  The parties agree that
5 the interests of justice served by granting this continuance outweigh
6 the best interests of the public and defendant in a speedy trial.  18
7 U.S.C. § 3161(h)(7)(A).
8     The prosecutor has authorized the defense counsel for Cy Brown to
9 sign this stipulation on his behalf.

10 DATED: November 8, 2012          BENJAMIN WAGNER
                                    United States Attorney

                                 by   /s/ Scott N. Cameron, for
                                      Jason Hitt
                                      Assistant U.S. Attorney

13 DATED: November 8, 2012       by   /s/ Scott N. Cameron
                                      Scott N. Cameron
                                      Counsel for Cy Brown

### Order

For the reasons stated in the above stipulation of counsel, the status conference now scheduled for November 13, 2012, is continued to November 26, 2012, at 9:30 a.m.  The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through November 26, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED:   November 13, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE