IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-0212 WBS-KJN |
| Respondent, | ) |
| v. | ) ORDER |
| CY IRVING BROWN, | ) Judge: Hon. Kendall J. Newman |
| Movant. | ) |

On March 14, 2017, counsel for movant filed a request for thirty day stay of the decision on the motion under 28 U.S.C. § 2255, to enable counsel to review the decision in <u>Beckles v. United States</u>, No. 15-8544 (Mar. 6, 2017).

Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's March 14, 2017 request (ECF No. 70) is granted; and

2. Movant's § 2255 motion is stayed until April 15, 2017.

Dated:  March 16, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/brow0212.sty

-1-