UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent,<br><br>　v.<br><br>CY IRVING BROWN,<br><br>　　　　　　Movant. | No. 2:11-cr-0212 WBS KJN P<br><br><br>ORDER |

Movant is a federal prisoner, proceeding through counsel, with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. By order filed March 16, 2017, this action was stayed to enable counsel to review the decision in Beckles v. United States, No. 15-8544 (Mar. 6, 2017). Within fourteen days from the date of this order, counsel for movant shall file a status report addressing whether additional briefing is needed or whether the pending motion should stand submitted.

Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, counsel for movant shall file a status report.

Dated: June 19, 2017

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/brow0212.fb

1