UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Respondent,<br><br>    v.<br><br>CY IRVING BROWN,<br><br>        Movant. | No. 2:11-cr-0212 WBS KJN P<br><br>No. 2:16-cv-1417 WBS KJN<br><br><u>ORDER</u> |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 15, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 15, 2018, are adopted in full;

////

1

2.  Movant's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (ECF No. 63) is denied;

3.  For the reasons set forth in the magistrate judge's findings and recommendations, the court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4.  The Clerk of the Court is directed to close the companion civil case, No. 2:16-cv-1417 WBS, and to enter judgment.

Dated:  December 12, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/brow0212.801.vac